UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X

ANNUITY, PENSION, WELFARE AND
TRAINING FUNDS OF THE INTERNATIONAL
UNION OF OPERATING ENGINEERS LOCAL
14-14B, AFL-CIO; EDWIN L. CHRISTIAN;
CHRIS CONFREY; JOHN CRONIN; ALFRED
GEROSA; JOHN HYERS; DANIEL NOESGES;
DENISE M. RICHARDSON; JOHN F. O'HARE;
and JOHN AND JANE DOE,

                Plaintiffs,

        -against-

BRIAR CONSTRUCTION CORP.,

                Defendant.
------------------------------------------------------X

**ORDER**
**09 CV 3231 (ENV)(LB)**

**BLOOM, United States Magistrate Judge:**

The Honorable Eric N. Vitaliano granted plaintiff's motion for a default judgment on October 8, 2009, and referred this matter to me for a calculation of damages. The Court held a conference on November 18, 2009. Defendant did not appear at the conference. In an abundance of caution, defendant shall oppose plaintiff's demand for damages by November 27, 2009.[1] If defendant does not oppose plaintiff's demand by November 27, 2009, the Court will consider this matter unopposed.

SO ORDERED.

                                            LOIS BLOOM
                                            United States Magistrate Judge

Dated: November 18, 2009
Brooklyn, New York

---

[1] The Clerk of Court is directed to mail a hard copy of this Order to defendant at: 707 Sharrotts Road, Staten Island, New York, 10309.

